IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHARLES W. MAISON and**
**GREGORY J. MAISON,**

    **Plaintiffs,**

vs.                                         CASE NO.: 1:04-CV-041-SPM

**FORD MOTOR COMPANY and**
**BRIDGESTONE/FIRESTONE, INC.,**

    **Defendants.**
_____/

## ORDER DISMISSING CASE

    **THIS CAUSE** comes before the Court upon the "Stipulation for Dismissal With Prejudice of Ford Motor Company" (doc. 58) filed December 12, 2005. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

    **ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days, during which time any party may move to reopen the case for good cause shown.

    **DONE AND ORDERED** this <u>fifteenth</u> day of December, 2005.

                         *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge

/pao